No. 289. EX PARTE JUAN LÓPEZ DE GOENAGA, NOTARIO PÚBLICO.—Aviso de la National Surety Company para que se dé por terminada la fianza notarial No. 415 otorgada por dicha compañía en marzo 16, 1910. Resuelto en septiembre 17, 1913, por resolución del Sr. Presidente sin intervención de los demás jueces, de acuerdo con la ley. Se da por terminada dicha fianza para tener efecto en noviembre 16, 1913.

---

No. 292. EX PARTE FRANCISCO JIMÉNEZ, NOTARIO PÚBLICO.—Aviso de la National Surety Company para que se dé por terminada la fianza No. 436 otorgada por dicha compañía en marzo 24, 1910. Resuelto en septiembre 17, 1913, por resolución del Sr. Presidente sin intervención de los demás jueces, de acuerdo con la ley, para tener efecto en noviembre 16, 1913.

---

No. 40.—EX PARTE PEDRO DE ALDREY, PETICIONARIO.—Petición para que se cancele la fianza notarial personal otorgada por José Toro Ríos y Luis Celis Alquier en marzo 21, 1902. Resuelto en septiembre 29, 1913, por resolución del Sr. Presidente sin intervención de los demás jueces, de acuerdo con la ley. Cancelada dicha fianza. Abogado del peticionario: *Sr. Antonio de Aldrey.*

---

No. 363. EX PARTE PEDRO SANTANA, NOTARIO PÚBLICO.—Aviso de la National Surety Company para que se dé por terminada la fianza notarial No. 2334 otorgada por dicha compañía en mayo 26, 1913. Resuelto en octubre 3, 1913, por resolución del Sr. Presidente sin intervención de los demás jueces, de acuerdo con la ley. Se da por terminada dicha fianza para tener efecto en diciembre 2, 1913.